**Eddie FELDER, Appellant, v. STATE of Texas, Appellee.**

No. 20518.

Court of Criminal Appeals of Texas.

Nov. 1, 1939.

W. C. Wofford, of Taylor, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for an assault with intent to murder. The punishment assessed

is confinement in the state penitentiary for a term of two years.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.